UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYMEYON V. HILL,

    Plaintiff,

v.

T. LEMON, et al.,

    Defendants.

Case No. 21-cv-05230-YGR (PR)

**ORDER LIFTING STAY AND DISMISSING ACTION WITH PREJUDICE**

This case was referred to Magistrate Judge Robert M. Illman for court-ordered settlement proceedings, and all other further proceedings in this case were stayed. The Clerk of the Court was instructed to administratively close this case until further order of the Court.

On April 13, 2023, the parties appeared before Magistrate Judge Illman for a settlement conference. The minutes for the settlement indicate that the "[m]atter settled." Dkt. 30. On April 14, 2023, the Court received a copy of the "Stipulation for Voluntary Dismissal" pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii) signed by both parties, which states as follows:

> Pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii), the parties stipulate and agree to dismiss all defendants and all claims in this action.
>
> Each party bears its own costs and fees.

Dkt. 31 at 1.

Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT the stay is LIFTED, this case is REOPENED, and this action and all claims asserted herein against all named defendants are DISMISSED WITH PREJUDICE.

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

Dated: 4/19/2023

                                  JUDGE YVONNE GONZALEZ ROGERS
                                  United States District Judge